IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>Defendant. | Case No. 5:22-cv-02454-BLF<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendant Howard moves this Court for an extension of time to file a dispositive motion up to and including **October 12, 2023**. After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted. Plaintiff's opposition to the dispositive motion, if any, shall be filed with the Court and served on Defendant no later than **28 days** from the date the motion is filed. Defendant shall file a reply brief no later than **14** days after the opposition is filed. Absent further order, the motion will be deemed submitted as of the date the reply brief is due without a hearing.

**IT IS SO ORDERED.**

Dated: July 18, 2023

_____
BETH LABSON FREEMAN
United States District Judge

1

Order Granting Def.'s Mot. Change Time (5:22-cv-02454-BLF)