UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WASHINGTON,<br>    Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br>    Defendants. | Case No. 22-cv-02454 BLF (PR)<br><br>**ORDER DENYING MOTION FOR DISCOVERY AS UNNECESSARY**<br><br>(Docket No. 29) |

Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, against an officer at the Salinas Valley State Prison ("SVSP") where he was formerly incarcerated, and against the California Department of Corrections and Rehabilitation ("CDCR"), the State of California, and the Correctional Peace Officers Association union ("CPOA"). The Court ordered the amended complaint served on April 14, 2023. Dkt. No. 21. Defendants were granted an extension of time to file a dispositive motion until no later than October 12, 2023. Dkt. No. 26.

Plaintiff has filed a motion for discovery, listing items he wishes to obtain. Dkt. No. 29. The motion is **DENIED** as unnecessary. In the order of service, the Court stated that discovery may be taken in accordance with the Federal Rules of Civil procedure, and

that no court order is required before the parties may conduct discovery. Dkt. No. 21 at 5. Accordingly, Plaintiff may direct his discovery requests directly to Defendants without leave of court.

This order terminates Docket No. 29.

**IT IS SO ORDERED.**

Dated:  __September 8, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Denying Mot. For Discovery
PRO-SE\BLF\CR.22\02454Washington_deny.disc

2