UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WASHINGTON,<br>    Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br>    Defendants. | Case No. 22-cv-02454 BLF (PR)<br><br>**ORDER MOTION FOR REFERRAL AS MOOT**<br><br>(Docket No. 33) |

Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, against an officer at the Salinas Valley State Prison ("SVSP") where he was formerly incarcerated, and against the California Department of Corrections and Rehabilitation ("CDCR"), the State of California, and the Correctional Peace Officers Association union ("CPOA"). On October 6, 2023, the Court granted Defendants' motion to refer this matter to the Pro Se Prisoner Settlement Program. Dkt. No. 32. Accordingly, Plaintiff's recently filed motion for the same action is **DENIED** as moot. Dkt. No. 33.

The Clerk shall mail a copy of the referral order, Dkt. No. 32, with a copy of this order to Plaintiff.

This order terminates Docket No. 33.

**IT IS SO ORDERED.**

Dated: __October 23, 2023_____                    _____
                                                    BETH LABSON FREEMAN
                                                    United States District Judge

Order Denying Mot. For Referral as Moot
PRO-SE\BLF\CR.22\02454Washington_deny.mot(moot)