UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>    Defendants. | Case No. 22-cv-02454 BLF (PR)<br><br>**ORDER REFERRING MATTER TO FEDERAL PRO SE PROGRAM FOR LIMITED APPOINTMENT OF COUNSEL; STAYING MATTER** |

Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, against an officer at the Salinas Valley State Prison ("SVSP") where he was formerly incarcerated. The amended complaint is the operative complaint in this action. Dkt. No. 17. On October 6, 2023, the Court referred this matter for settlement proceedings before Magistrate Judge Robert M. Illman. Dkt. No. 32. After a settlement conference on January 4, 2024, Judge Illman indicated that the matter did not settle. Dkt. No. 36.

The Court finds good cause to appoint counsel for the limited purpose of assisting Plaintiff in further settlement proceedings. Accordingly, this matter is referred to Haohao Song of the Federal Pro Se Program to find counsel if possible. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this

matter until further order of the Court.  The scope of this referral shall be for the limited purpose described above.

The Clerk shall forward to the Federal Pro Se Program: (1) a copy of this order, (2) a copy of the docket sheet, and (3) a copy of the Court's Order of Partial Dismissal and of Service, Dkt. No. 21.

All proceedings in this action are **STAYED** until further notice.

**IT IS SO ORDERED.**

Dated:  __January 10, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge