1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

ANTHONY WASHINGTON,

11            Plaintiff,                     Case No. 22-cv-02454 BLF (PR)

12      v.                                   **ORDER APPOINTING COUNSEL
                                             FOR LIMITED PURPOSE;
13                                           REFERRING MATTER TO
                                             SETTLEMENT PROCEEDINGS;
14    CALIFORNIA DEPARTMENT OF               CONTINUING STAY;
      CORRECTIONS &                          INSTRUCTIONS TO CLERK**
15    REHABILITATION, et al.,

16            Defendants.

17

18

19          Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. §

20    1983, against an officer at the Salinas Valley State Prison ("SVSP") where he was

21    formerly incarcerated.  The amended complaint is the operative complaint in this action.

22    Dkt. No. 17.  On October 6, 2023, the Court referred this matter for settlement proceedings

23    before Magistrate Judge Robert M. Illman.  Dkt. No. 32.  After a settlement conference on

24    January 4, 2024, Judge Illman indicated that the matter did not settle.  Dkt. No. 36.  The

25    Court found good cause to appoint counsel for the limited purpose of assisting Plaintiff in

26    further settlement proceedings and referred the matter to the Federal Pro Se Program to

27    find counsel if possible.  Dkt. No. 37.

28          The Federal Pro Se Program has informed the Court that Ruby Kazi and Matthew P.

United States District Court
Northern District of California

United States District Court
Northern District of California

Farrell of Benesch Friedlander Coplan & Aronoff LLP, located at 100 Pine Street, Suite 3100, San Francisco, CA 94111, have agreed to serve as appointed pro bono counsel for Plaintiff for the limited purpose described above.  Thus Ruby Kazi and Matthew P. Farrell are hereby **APPOINTED** as counsel for Plaintiff pursuant to § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines, for the limited purpose of assisting in further settlement proceedings.

For the reasons stated above, the instant case is again **REFERRED** to Judge Robert M. Illman pursuant to the Pro Se Prisoner Settlement Program for further settlement proceedings on the claims in this action.  The proceedings shall take place **within ninety (90) days** of the filing date of this order. Judge Illman shall coordinate a time and date for a settlement conference with all interested parties or their representatives and, within ten (10) days after the conclusion of the settlement proceedings, file with the court a report regarding the prisoner settlement proceedings.

Other than the settlement proceedings ordered herein, and any matters Magistrate Judge Illman deems necessary to conduct such proceedings, this action shall remain STAYED until further order by the court following the resolution of the settlement proceedings.

The Clerk shall mail a copy of this order to Magistrate Judge Illman in Eureka, California.

**IT IS SO ORDERED.**

**Dated:  __January 22, 2024_____**

BETH LABSON FREEMAN
United States District Judge

Order Appt. Counsel; Ref. Case to Settlement; Cont. Stay; Inst. To Clerk
PRO-SE\BLF\CR.22\02454Washington_fpsp.appt-atty